B 1 (Official Form 1) (1/08)

| **United States Bankruptcy Court**<br>Southern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Sweet N Sour 1167 Corp | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>20-1609385 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1167 2nd Avenue<br>New York, NY<br>ZIP CODE 10021 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☑ Chapter 11     Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>               Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br><br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>debts, defined in 11 U.S.C.        business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Sweet N Sour 1167 Corp. |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District:    Southern District of New York | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐    Exhibit A is attached and made a part of this petition. | X _____<br>     Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): Sweet N Sour 1167 Corp. |
|---|---|
| *(This page must be completed and filed in every case.)* | |

<strong>Signatures</strong>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

    Telephone Number (if not represented by attorney)

    Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

    (Printed Name of Foreign Representative)

    Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

**Signature of Attorney\***

X _Michael Musa_ (signature)
Signature of Attorney for Debtor(s)
Michael Musa - Obregon
Printed Name of Attorney for Debtor(s)

Firm Name Musa-Obregon & Associates

Address 55-21 69th St.
Maspeth, NY 11378

Telephone Number (718) 803-1000

Date ⮕ 4/1/10

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address _____

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _(signature)_
Signature of Authorized Individual  ABDUL  RASHID.
Printed Name of Authorized Individual  PRESident
Title of Authorized Individual  3/10/10
Date 3/30/10

X _____

    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

IN RE: Sweet N Sour Corp., Debtor

## Exhibit A

The debtor is not required to register its securities under Section 12 of the Securities Exchange Act of 1934. The debtor is not publicly traded.

4/5/10
_____
Date

Sweet N Sour 1167 Corp.

By:_____

Abdul Rashid
President, Sweet N Sour 1167 Corp.

WHEREAS, Sweet N Sour 1167 Corp. ("the Corporation") is insolvent and unable to pay its debts as they mature, and WHEREAS, it would be in the best interests of creditors for the Corporation to file a voluntary petition under Chapter 11 of the Bankruptcy Code, it is:

RESOLVED, that the Corporation file as soon as practicable a bankruptcy in accordance with Chapter 11 of the Bankruptcy Code.

The undersigned hereby certifies that he/she is the duly elected and qualified President and the custodian of the books and records and seal of Sweet N Sour 1167 Corp., a corporation duly formed pursuant to the laws of the state of New York and that the foregoing is a true record of a resolution duly adopted at a meeting of the sole officer/owner/shareholder of the corporation and that said meeting was held in accordance with state law and the Bylaws of the above-named Corporation on April 5, 2010 and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as President and have hereunto affixed the corporate seal of the above-named Corporation this fifth day of April, 2010.

Abdul Rashid
President
Sweet N Sour 1167 Corp.



Harrington Realty Co. LLC.
156A East 83rd Street
New York, NY 10028

Sweet N Sour 1167 Corp.
1167 2nd Avenue
New York, NY 10021

Abdul Rashid
President
Sweet N Sour 1167 Corp.
1167 2nd Avenue
New York, NY 10021

I, Michael Musa-Obregon, the attorney for the Sweet N Sour 1167 Corp., the debtor/petitioner, hereby certify under the penalties of perjury that the above mailing matrix has been compared to and contains the names, addresses and zip codes of all persons and entities as they appear on the list of creditors or any amendment thereto filed herewith.

Dated: 4/5/10

Michael Musa-Obregon
Musa-Obregon & Associates
Attorney for Debtor/Petitioner
Sweet N Sour 1167 Corp.

Harrington Realty Co. LLC.
156A East 83rd Street
New York, NY 10028

I, Michael Musa-Obregon, the attorney for the Sweet N Sour 1167 Corp., the debtor/petitioner, hereby certify under the penalties of perjury that the above mailing matrix has been compared to and contains the names, addresses and zip codes of all persons and entities as they appear on the list of creditors holding the twenty largest unsecured claims or any amendment thereto filed herewith.

Dated: 4/5/10

Michael Musa-Obregon
Musa-Obregon & Associates
Attorney for Debtor/Petitioner
Sweet N Sour 1167 Corp.

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re _Sweet N Sour 1167 Corp._
Debtor

Case No. _____

Chapter _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* *state value of* | *Amount of claim [if secured also state value of security]* |

Date: _3/30/10_

_____
Debtor

*[Declaration as in Form 2]*

**List of Creditors**

Harrington Realty Co. LLC.
156A East 83rd Street
New York, NY 10028

**List of Creditors Holding 20 Largest Unsecured Claims**

**Name:** Harrington Realty Co. LLC.

**Address:** 156A East 83rd Street, New York, NY 10028

**Agent:** Lon Paul Fischman, Esq.; (212) 274-0555; Fischman & Fischman, 335 Broadway, New York, NY 10013

**Nature of claim**: Real estate lease

**Claim is not contingent, unliquidated, disputed or subject to setoff**

**Amount of claim**: $83,722.87

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

IN RE: Sweet N Sour Corp., Debtor

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rules of Bankruptcy Procedures 1007(a)(1) and 7007.1, the undersigned corporation, Sweet N Sour 1167 Corp., certifies that:

There are no entities to report under FRBP 1007(a)(1) or 7007.1.

The undersigned corporation further acknowledges its duty to file a supplemental statement promptly upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

4/5/10
_____
Date

Sweet N Sour 1167 Corp.

By:_____
Abdul Rashid
President, Sweet N Sour 1167 Corp.

# SWEET & SOUR 1167 CORP
# Balance Sheet
## As of July 31, 2009

|  | Jul 31, 09 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 0102 · Bank of America A/C #961 | 207.89 |
| 0105 · Cash in Hand | 5,336.95 |
| **Total Checking/Savings** | 5,544.84 |
| | |
| **Other Current Assets** | |
| 0130 · Inventory | 24,567.00 |
| 0134 · Federal Prepaid Tax | 875.00 |
| **Total Other Current Assets** | 25,442.00 |
| | |
| **Total Current Assets** | 30,986.84 |
| | |
| **Fixed Assets** | |
| 0155 · Ice Cream Machine Used | 12,600.00 |
| 0156 · Ice Cream Machine | 12,750.00 |
| 0158 · Computer Equipment | 1,634.77 |
| 0162 · Leasehold Improvement | 25,600.00 |
| 0175 · Accumulated Depreciation | -31,541.00 |
| **Total Fixed Assets** | 21,043.77 |
| | |
| **Other Assets** | |
| 0181 · Deposit Rent | 25,500.00 |
| 0182 · Deposit Con Edison | 800.00 |
| 0185 · Organization Cost | 1,500.00 |
| **Total Other Assets** | 27,800.00 |
| | |
| **TOTAL ASSETS** | **79,830.61** |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 0222 · Account Payable | 13,884.00 |
| 0224 · Fica & Fwt Tax | 709.87 |
| 0225 · State W/H Tax | 112.50 |
| 0228 · Accrued Expenses | 4,500.00 |
| 0231 · State Sales Tax | 3,207.50 |
| 0232 · NYS Corp Tax Payable | 75.00 |
| 0233 · NYS Corp Tax Payable - Metro | 13.00 |
| 0234 · NYC Corp Tax Payable | -84.00 |
| 0236 · Additional Sales Tax Payable | 37,729.51 |
| **Total Other Current Liabilities** | 60,147.38 |
| | |
| **Total Current Liabilities** | 60,147.38 |
| | |
| **Long Term Liabilities** | |
| 0244 · Loan from Stockholders | 20,430.00 |
| **Total Long Term Liabilities** | 20,430.00 |
| | |
| **Total Liabilities** | 80,577.38 |
| | |
| **Equity** | |
| 2810 · Capital Stock | 78,615.00 |
| 3901 · Retained Earnings - 07/31/05 | 2,671.83 |
| 3902 · Retained Earnings - 07/31/06 | 4,431.71 |
| 3903 · Retained Earnings - 07/31/07 | -31,727.62 |
| 3904 · Retained Earnings - 07/31/08 | -25,333.93 |
| Net Income | -29,403.76 |
| **Total Equity** | -746.77 |
| | |
| **TOTAL LIABILITIES & EQUITY** | **79,830.61** |

# SWEET & SOUR 1167 CORP
# Profit & Loss
### August 2008 through July 2009

| | Aug '08 - Jul 09 | % of Income |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| 0400 · Revenue | 0.00 | 0.0% |
| 0401 · Sales Taxable | 188,342.67 | 84.0% |
| 0402 · Sales Non Taxable | 50,543.59 | 22.5% |
| 0405 · Sales Tax Collected | -14,554.76 | -6.5% |
| **Total Income** | 224,331.50 | 100.0% |
| **Cost of Goods Sold** | | |
| 0502 · Opening Inventory | 23,471.00 | 10.5% |
| 0505 · Purchases | 67,642.18 | 30.2% |
| 0508 · Ending Inventory | -24,567.00 | -11.0% |
| **Total COGS** | 66,546.18 | 29.7% |
| **Gross Profit** | 157,785.32 | 70.3% |
| **Expense** | | |
| 0603 · Wages - Officers | 15,900.00 | 7.1% |
| 0604 · Wages - Others | 30,316.00 | 13.5% |
| 0605 · Repairs & Maintenance | 92.00 | 0.0% |
| 0606 · Rent | 95,663.46 | 42.6% |
| 0611 · Royalty | 3,594.34 | 1.6% |
| 0615 · Interest Expense | 1,896.49 | 0.8% |
| 0616 · Insurance | 2,958.43 | 1.3% |
| 0620 · Licenses and Permits | 200.00 | 0.1% |
| 0622 · Printing & Stationary | 207.16 | 0.1% |
| 0625 · Depreciation | 5,150.00 | 2.3% |
| 0633 · Legal and Professional Fees | 1,500.00 | 0.7% |
| 0640 · Telephone | 1,196.82 | 0.5% |
| 0641 · Utilities | 20,733.27 | 9.2% |
| 0642 · Garbage Pickup | 496.10 | 0.2% |
| 0644 · Bank Service Charges | 1,152.24 | 0.5% |
| 0645 · Credit Cards Discount | 1,585.61 | 0.7% |
| 0650 · Fines & Penalties | 340.00 | 0.2% |
| 0700 · Taxes | | |
| 0707 · FICA | 3,535.45 | 1.6% |
| 0708 · SUTA | 778.06 | 0.3% |
| 0709 · FUTA | 227.49 | 0.1% |
| 0712 · NYS Corp Tax | 75.00 | 0.0% |
| 0713 · NYS Corp Tax - Metro | 13.00 | 0.0% |
| 0714 · NYC Corp Tax | 300.00 | 0.1% |
| **Total 0700 · Taxes** | 4,929.00 | 2.2% |
| **Total Expense** | 187,910.92 | 83.8% |
| **Net Ordinary Income** | -30,125.60 | -13.4% |
| **Other Income/Expense** | | |
| **Other Income** | | |
| 0800 · Sales Tax Discount | 721.84 | 0.3% |
| **Total Other Income** | 721.84 | 0.3% |
| **Net Other Income** | 721.84 | 0.3% |
| **Net Income** | **-29,403.76** | **-13.1%** |

# SWEET & SOUR 1167 CORP
# Trial Balance
### As of July 31, 2009

|  | Jul 31, 09 | |
| --- | --- | --- |
|  | **Debit** | **Credit** |
| 0102 · Bank of America A/C #961 | 207.89 |  |
| 0105 · Cash in Hand | 5,336.95 |  |
| 0130 · Inventory | 24,567.00 |  |
| 0134 · Federal Prepaid Tax | 875.00 |  |
| 0155 · Ice Cream Machine Used | 12,600.00 |  |
| 0156 · Ice Cream Machine | 12,750.00 |  |
| 0158 · Computer Equipment | 1,634.77 |  |
| 0162 · Leasehold Improvement | 25,600.00 |  |
| 0175 · Accumulated Depreciation |  | 31,541.00 |
| 0181 · Deposit Rent | 25,500.00 |  |
| 0182 · Deposit Con Edison | 800.00 |  |
| 0185 · Organization Cost | 1,500.00 |  |
| 0222 · Account Payable |  | 13,884.00 |
| 0224 · Fica & Fwt Tax |  | 709.87 |
| 0225 · State W/H Tax |  | 112.50 |
| 0226 · FUTA Payable | 0.00 |  |
| 0227 · SUTA Payable | 0.00 |  |
| 0228 · Accrued Expenses |  | 4,500.00 |
| 0230 · Salaries Payable | 0.00 |  |
| 0231 · State Sales Tax |  | 3,207.50 |
| 0232 · NYS Corp Tax Payable |  | 75.00 |
| 0233 · NYS Corp Tax Payable - Metro |  | 13.00 |
| 0234 · NYC Corp Tax Payable | 84.00 |  |
| 0236 · Additional Sales Tax Payable |  | 37,729.51 |
| 0244 · Loan from Stockholders |  | 20,430.00 |
| 2810 · Capital Stock |  | 78,615.00 |
| 3901 · Retained Earnings - 07/31/05 |  | 2,671.83 |
| 3902 · Retained Earnings - 07/31/06 |  | 4,431.71 |
| 3903 · Retained Earnings - 07/31/07 | 31,727.62 |  |
| 3904 · Retained Earnings - 07/31/08 | 25,333.93 |  |
| 0400 · Revenue | 0.00 |  |
| 0401 · Sales Taxable |  | 188,342.67 |
| 0402 · Sales Non Taxable |  | 50,543.59 |
| 0405 · Sales Tax Collected | 14,554.76 |  |
| 0502 · Opening Inventory | 23,471.00 |  |
| 0505 · Purchases | 67,642.18 |  |
| 0508 · Ending Inventory |  | 24,567.00 |
| 0603 · Wages - Officers | 15,900.00 |  |
| 0604 · Wages - Others | 30,316.00 |  |
| 0605 · Repairs & Maintenance | 92.00 |  |
| 0606 · Rent | 95,663.46 |  |
| 0611 · Royalty | 3,594.34 |  |
| 0615 · Interest Expense | 1,896.49 |  |
| 0616 · Insurance | 2,958.43 |  |
| 0620 · Licenses and Permits | 200.00 |  |
| 0622 · Printing & Stationary | 207.16 |  |
| 0625 · Depreciation | 5,150.00 |  |
| 0633 · Legal and Professional Fees | 1,500.00 |  |
| 0640 · Telephone | 1,196.82 |  |
| 0641 · Utilities | 20,733.27 |  |
| 0642 · Garbage Pickup | 496.10 |  |
| 0644 · Bank Service Charges | 1,152.24 |  |
| 0645 · Credit Cards Discount | 1,585.61 |  |
| 0650 · Fines & Penalties | 340.00 |  |
| 0700 · Taxes:0707 · FICA | 3,535.45 |  |
| 0700 · Taxes:0708 · SUTA | 778.06 |  |
| 0700 · Taxes:0709 · FUTA | 227.49 |  |
| 0700 · Taxes:0712 · NYS Corp Tax | 75.00 |  |
| 0700 · Taxes:0713 · NYS Corp Tax - Metro | 13.00 |  |
| 0700 · Taxes:0714 · NYC Corp Tax | 300.00 |  |
| 0800 · Sales Tax Discount |  | 721.84 |
| **TOTAL** | **462,096.02** | **462,096.02** |

# SWEET & SOUR 1167 CORP
## Reconciliation Summary
### 0102 · Bank of America A/C #961, Period Ending 07/31/09

|                           |           | 31-Jul-2009   |
|---------------------------|-----------|---------------|
| Beginning Balance         |           | 491.72        |
| Deposits & Credits        |           | 202,719.61    |
| Checks & Payments         |           | (200,604.53)  |
| Bank Balance              |           | 2,606.80      |

| Date             | Check # | Amount   |
|------------------|---------|----------|
| 07/29/09         | 2281    | 1,845.68 |
| 07/29/09         | 2282    | 553.23   |
| Total O/S Checks |         | 2,398.91 |
| Book Balance     |         | 207.89   |

| Credits  |            | Debits   |            |
|----------|------------|----------|------------|
| Date     | Amount     | Date     | Amount     |
| 08/31/08 | 10,099.08  | 08/31/08 | 13,906.45  |
| 09/30/08 | 18,651.98  | 09/30/08 | 9,749.85   |
| 10/31/08 | 15,617.61  | 10/31/08 | 17,283.22  |
| 11/30/08 | 13,267.97  | 11/30/08 | 16,338.78  |
| 12/31/08 | 29,041.09  | 12/31/08 | 29,088.55  |
| 01/31/09 | 15,330.78  | 01/31/09 | 9,087.55   |
| 02/28/09 | 13,241.49  | 02/28/09 | 20,345.08  |
| 03/31/09 | 15,346.16  | 03/31/09 | 13,802.43  |
| 04/30/09 | 16,212.70  | 04/30/09 | 15,296.36  |
| 05/31/09 | 15,248.00  | 05/31/09 | 16,991.52  |
| 06/30/09 | 21,532.34  | 06/30/09 | 21,281.28  |
| 07/31/09 | 19,130.41  | 07/31/09 | 17,433.46  |
| Total    | 202,719.61 | Total    | 200,604.53 |

**2008 Corporation Income Tax Return**
prepared for:

**SWEET N SOUR 1167 CORP.**
1167 2ND AVENUE
NEW YORK, NY 10021

**ACCU BUSINESS CONSULTANTS INC.**
1270 BROADWAY SUITE 908
NEW YORK, NY 10001-3223

# ACCU BUSINESS CONSULTANTS INC.
## 1270 BROADWAY SUITE 908
## NEW YORK, NY 10001-3223
## (212) 684-6440
### accu@accubusiness.com

October 14, 2009

SWEET N SOUR 1167 CORP.
1167 2ND AVENUE
NEW YORK, NY 10021

Dear Client,

Enclosed is the 2008 Form 1120, U.S. Corporation Income Tax Return, for SWEET N SOUR
1167 CORP. for the tax year ending July 31, 2009.

Your 2008 Form 1120, U.S. Corporation Income Tax Return, has been electronically filed.

No payment is due with this return.

Enclosed is the 2008 Form CT-4, New York State General Business Corporation Tax Return for
SWEET N SOUR 1167 CORP..

Your New York State General Business Corporation Tax Return has been electronically filed.

Your balance due of $88.00 will be automatically withdrawn from your Checking Account on
10/14/2009.

Enclosed is the 2008 Form NYC-4S, New York City General Corporation Tax Return for
SWEET N SOUR 1167 CORP..

The return should be signed and dated by a corporate officer and mailed on or before October 15,
2009 to:

> NYC Department of Finance
> General Corporation Tax
> P.O. Box 5060
> Kingston, NY 12402-5060

No payment is required. The overpayment of $84 will be applied to next year's estimated tax.
Kingston, NY 12402-5080

We have prepared your income tax returns based on the information you have provided to us.
Please make sure before signing and filing these tax returns that these tax returns are true,

complete and include all income and deductions and there are no ommission and misstatements. Please make sure that you have all supporting and backup documents, it is required by law to keep these supporting and backup documents for a period of three years from the date of filing or due date whichever is later. We suggest that you keep these supporting and backup documents for a period of five years from the date of filing or due date whichever is later.

We very much appreciate the opportunity to serve you. If you have any questions regarding this return, please do not hesitate to call.

Sincerely,


ACCU BUSINESS CONSULTANTS INC.

Form **1120**

Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2008 or tax year beginning Aug 1 __ , 2008, ending Jul 31 , 2009

► See separate instructions.

OMB No. 1545-0123

**2008**

| A Check if: | | | Name | | B Employer identification number |
|---|---|---|---|---|---|
| 1 a Consolidated return (attach Form 851) ☐ | Use IRS | SWEET N SOUR 1167 CORP. | | | 20-1609385 |
| b Life/nonlife consoli-dated return ....... ☐ | label. Otherwise, | Number, street, and room or suite number. If a P.O. box, see instructions. | | | C Date incorporated |
| 2 Personal holding co (attach Sch PH) .. ☐ | print or type. | 1167 2ND AVENUE | | | 08/16/2004 |
| 3 Personal service corp (see instr) ... ☐ | | City or town | state | ZIP code | D Total assets (see instructions) |
| | | NEW YORK | NY | 10021 | $ 79,831. |
| 4 Schedule M-3 attached ....... ☐ | E Check if: (1) ☐ Initial return (2) ☐ Final return | | (3) ☐ Name change | (4) ☐ Address change | |

| I N C O M E | 1 a Gross receipts or sales | 224,331. | b Less returns & allowances | | | c Balance .. ► | 1c | 224,331. |
|---|---|---|---|---|---|---|---|---|
| | 2 Cost of goods sold (Schedule A, line 8) ................................ | | | | | | 2 | 66,546. |
| | 3 Gross profit. Subtract line 2 from line 1c ................................ | | | | | | 3 | 157,785. |
| | 4 Dividends (Schedule C, line 19) ...................................... | | | | | | 4 | |
| | 5 Interest ................................................................ | | | | | | 5 | |
| | 6 Gross rents ........................................................... | | | | | | 6 | |
| | 7 Gross royalties ........................................................ | | | | | | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) ............... | | | | | | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) ...... | | | | | | 9 | |
| | 10 Other income (see instructions — attach schedule) .See. Other. Income Statement ... | | | | | | 10 | 722. |
| | 11 **Total income. Add lines 3 through 10** ............................... | | | | | ► | 11 | 158,507. |

| D E D U C T I O N S (SEE INSTRUCTIONS FOR LIMITATIONS ON DEDUCTIONS) | 12 Compensation of officers (Schedule E, line 4) ......................... | 12 | 15,900. |
|---|---|---|---|
| | 13 Salaries and wages (less employment credits) ......................... | 13 | 30,316. |
| | 14 Repairs and maintenance ............................................. | 14 | 92. |
| | 15 Bad debts ............................................................. | 15 | |
| | 16 Rents ................................................................. | 16 | 95,664. |
| | 17 Taxes and licenses ................................................... | 17 | 4,928. |
| | 18 Interest .............................................................. | 18 | 1,897. |
| | 19 Charitable contributions ............................................. | 19 | |
| | 20 Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) ... | 20 | 5,150. |
| | 21 Depletion ............................................................. | 21 | |
| | 22 Advertising ........................................................... | 22 | |
| | 23 Pension, profit-sharing, etc, plans ................................... | 23 | |
| | 24 Employee benefit programs ........................................... | 24 | |
| | 25 Domestic production activities deduction (attach Form 8903) .......... | 25 | |
| | 26 Other deductions (attach schedule) ..See. Other .Deductions .Statement.... | 26 | 33,624. |
| | 27 **Total deductions. Add lines 12 through 26** ......................... ► | 27 | 187,571. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 ... | 28 | -29,064. |
| | 29 **Less: a** Net operating loss deduction (see instructions) .................. 29a | | |
| | **b** Special deductions (Schedule C, line 20) ..................... 29b | 29c | |

| T A X | 30 **Taxable income.** Subtract line 29c from line 28 (see instructions) ........................ | 30 | -29,064. |
|---|---|---|---|
| | 31 **Total tax** (Schedule J, line 10) ..................................... | 31 | |

| R E F U N D A B L E C R E D I T S | P A Y M E N T S | 32a 2007 overpayment credited to 2008 .. | 32a | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | b 2008 estimated tax payments ....... | 32b | | | | | |
| | | c 2008 refund applied for on Form 4466 ....... | 32c | | d Bal► | 32d | | |
| | | e Tax deposited with Form 7004 ...................................... | | | | 32e | | |
| | | f Credits: (1) Form 2439 _____ | (2) Form 4136 _____ | | | 32f | | |
| | | g Refundable credits from Form 3800, line 19c, and Form 8827, line 8c ...... | | | | 32g | 32h | |
| | 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached ......................... ► ☐ | | | | | | 33 | |
| | 34 **Amount owed.** If line 32g is smaller than the total of lines 31 and 33, enter amount owed ............. | | | | | | 34 | |
| | 35 **Overpayment.** If line 32g is larger than the total of lines 31 and 33, enter amount overpaid ............. | | | | | | 35 | |
| | 36 Enter amount from line 35 you want: Credited to 2009 estimated tax .... ► | | | | Refunded ► | | 36 | |

| Sign Here | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer shown below (see instructions)? |
|---|---|---|---|
| | ► _____ ___/___/___ Signature of officer Date | ► PRESIDENT Title | ☐ Yes ☐ No |

| Paid Preparer's Use Only | Preparer's signature ► | | Date 10/14/09 | Check if self-employed ☐ | Preparer's SSN or PTIN P00380474 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | ► ACCU BUSINESS CONSULTANTS INC. 1270 BROADWAY SUITE 908 | | EIN | 11-3355161 |
| | | NEW YORK NY 10001-3223 | | Phone no. | (212) 684-6440 |

BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

CPCA0212 12/01/08

Form **1120** (2008)

## Schedule A   Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 23,471. |
| 2 | Purchases | 2 | 67,642. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 91,113. |
| 7 | Inventory at end of year | 7 | 24,567. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 66,546. |

9a Check all methods used for valuing closing inventory:

    *(i)* [X] Cost

    *(ii)* [ ] Lower of cost or market

    *(iii)* [ ] Other (Specify method used and attach explanation.) ........ ▶

  **b** Check if there was a writedown of subnormal goods ........................................................... ▶ [ ]

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ..................... ▶ [ ]

  **d** If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO .................................................................... | 9d | |

  **e** If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? .................... [ ] Yes [X] No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation .......................................................... [ ] Yes [X] No

## Schedule C   Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) Percentage | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 ...... ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b .................. ▶ | | | |

## Schedule E   Compensation of Officers (see instructions for page 1, line 12)

**Note:** *Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.*

| 1 (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | |
|---|---|---|
| 2 | Total compensation of officers | |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | |
| 4 | Subtract line 3 from line 2. Enter the result here and on page 1, line 12 | |

Form **1120** (2008)

| **Schedule K** | *Continued* |
|---|---|

| | | Yes | No |
|---|---|---|---|
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership see instructions ......................................................................... | | X |
| | If 'Yes,' complete (i) through (iv) | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership see instructions ................................................................................ | | X |
| | If 'Yes,' complete (i) through (iv) | | |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) ..................... If 'Yes,' file **Form 5452,** Corporate Report of Nondividend Distributions. If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary | | X |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of the corporation's stock entitled to vote or **(b)** the total value of all classes of the corporation's stock? ............. | | X |
| | For rules of attribution see section 318. If 'Yes,' enter: | | |
| | **(i)** Percentage owned ► _ _ _ _ _ _ _ and **(ii)** Owner's country ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | **(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ► _ _ _ _ _ _ _ _ _ _ _ _ | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount................... ► ☐ | | |
| | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year ► $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ► _ 2 _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ............... ► ☐ If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election with not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a ► $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ 56,720. | | |
| 13 | Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year **and** its total assets at the end of the tax year less than $250,000? .................................................................... | X | |
| | If 'Yes,' the corporation is not required to complete Schedules L, M-1, and M-2 on page 5. Instead, enter the total amount of cash distributions and the book value property distributions (other than cash) made during the tax year.    ► $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |

Form **1120** (2008)

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 9,846. | | 5,545. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | 23,471. | | 24,567. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach schedule) .. Ln.6.Stmt | | 1,684. | | 875. |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach schedule) | | | | |
| 10a Buildings and other depreciable assets | 50,950. | | 52,585. | |
| b Less accumulated depreciation | 26,391. | 24,559. | 31,541. | 21,044. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (attach schedule) ...... Ln 14 Stmt | | 27,800. | | 27,800. |
| 15 Total assets | | 87,360. | | 79,831. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 8,762. | | 13,884. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach sch) .. Ln.18.Stmt | | 49,941. | | 46,264. |
| 19 Loans from shareholders | | | | 20,430. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach schedule) | | | | |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 78,615. | 78,615. | 78,615. | 78,615. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings — Approp (att sch) | | | | |
| 25 Retained earnings — Unappropriated | | -49,958. | | -79,362. |
| 26 Adjmnt to shareholders' equity (att sch) | | | | |
| 27 Less cost of treasury stock | | | | |
| 28 Total liabilities and shareholders' equity | | 87,360. | | 79,831. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 Net income (loss) per books | -29,404. | | 7 Income recorded on books this year not included on this return (itemize): | | |
| 2 Federal income tax per books | 0. | | Tax-exempt interest $ _____ | | |
| 3 Excess of capital losses over capital gains | | | _____ | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | | _____ | | |
| _____ | | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | | a Depreciation .. $ _____ | | |
| a Depreciation ....... $ _____ | | | b Charitable contribns $ _____ | | |
| b Charitable contributions . $ _____ | | | _____ | | |
| c Travel & entertainment .. $ _____ | | | _____ | | |
| See Ln 5 Stmt _____ 340. | | | _____ | | |
| | | 340. | 9 Add lines 7 and 8 | | |
| 6 Add lines 1 through 5 | | -29,064. | 10 Income (page 1, line 28) — line 6 less line 9 | | -29,064. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | -49,958. | 5 Distributions | a Cash | |
| 2 Net income (loss) per books | -29,404. | | b Stock | c Property |
| 3 Other increases (itemize): _____ | | 6 Other decreases (itemize): | | |
| _____ | | _____ | | |
| | | 7 Add lines 5 and 6 | | |
| 4 Add lines 1, 2, and 3 | -79,362. | 8 Balance at end of year (line 4 less line 7) | | -79,362. |

Form **4562**

Department of the Treasury
Internal Revenue Service    (99)

**Depreciation and Amortization**
(Including Information on Listed Property)

► See separate instructions.    ► Attach to your tax return.

OMB No. 1545-0172

**2008**

Attachment
Sequence No. **67**

Name(s) shown on return
SWEET N SOUR 1167 CORP.

Identifying number
20-1609385

Business or activity to which this form relates
Form 1120 Line 20

## Part I    Election To Expense Certain Property Under Section 179
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 Maximum amount. See the instructions for a higher limit for certain businesses | 1 | $250,000. |
| 2 Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | $800,000. |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 Listed property. Enter the amount from line 29 | 7 | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 Carryover of disallowed deduction from line 13 of your 2007 Form 4562 | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 11 | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 Carryover of disallowed deduction to 2009. Add lines 9 and 10, less line 12 ► | 13 | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

## Part II    Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 Property subject to section 168(f)(1) election | 15 | |
| 16 Other depreciation (including ACRS) | 16 | |

## Part III    MACRS Depreciation (Do not include listed property.) (See instructions)

### Section A

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2008 | 17 | 4,823. |
| 18 If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

### Section B — Assets Placed in Service During 2008 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | 1,635. | 5.0 yrs | HY | 200DB | 327. |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

### Section C — Assets Placed in Service During 2008 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

## Part IV    Summary (See instructions.)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | 21 | |
| 22 Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 5,150. |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA For Paperwork Reduction Act Notice, see separate instructions.    FDIZ0812 06/12/08    Form **4562** (2008)

**Part V** **Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

| Section A — Depreciation and Other Information (Caution: *See the instructions for limits for passenger automobiles.*) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| 24a Do you have evidence to support the business/investment use claimed? . . . . . . . . . | Yes | | No | 24b If 'Yes,' is the evidence written? . . . . . . | | Yes | | No |
|---|---|---|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . . . . . . . . | 28 | | |
|---|---|---|---|
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . . . | | 29 | |

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year . . . . . . . . | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . . . | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . . . . . . . . | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . . . . . . . . . . . . . . . . | | |
| **Note:** *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.* | | |

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2008 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |

| 43 Amortization of costs that began before your 2008 tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 43 | |
|---|---|---|
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 44 | |

Form 1120, Page 1, Line 10
**Other Income Statement**

| | |
|---|---|
| SALES TAX VENDOR COLLECTION CREDIT | 722. |
| Total | 722. |

Form 1120, Page 1, Line 26
**Other Deductions Statement**

| | |
|---|---|
| BANK CHARGES | 1,152. |
| INSURANCE | 2,959. |
| LEGAL AND PROFESSIONAL | 1,500. |
| PERMITS AND FEES | 200. |
| PRINTING | 207. |
| TELEPHONE | 1,197. |
| UTILITIES | 20,733. |
| GARBAGE PICKUP | 496. |
| CREDIT CARDS DISCOUNT | 1,586. |
| ROYALTY | 3,594. |
| Total | 33,624. |

Form 1120, Page 4, Schedule L, Line 6
**Ln 6 Stmt**

| Other Current Assets: | Beginning of tax year | End of tax year |
|---|---|---|
| Federal Overpaid Corporation Income tax | 1,684. | 875. |
| Total | 1,684. | 875. |

Form 1120, Page 4, Schedule L, Line 14
**Ln 14 Stmt**

| Other Assets: | Beginning of tax year | End of tax year |
|---|---|---|
| Deposit Rent | 25,500. | 25,500. |
| Deposit Utilities | 800. | 800. |
| Organization Cost | 1,500. | 1,500. |
| Total | 27,800. | 27,800. |

Form 1120, Page 4, Schedule L, Line 18
**Ln 18 Stmt**

| Other Current Liabilities: | Beginning of tax year | End of tax year |
|---|---|---|
| Payroll Taxes Payable | 860. | 823. |
| Accrued Expenses | 3,000. | 4,500. |
| Sales Tax Payable | 46,164. | 40,937. |
| Corporation Taxes Payable | -83. | 4. |

Form 1120, Page 4, Schedule L, Line 18
**Ln 18 Stmt**                                                          Continued

| Other Current Liabilities: | Beginning of tax year | End of tax year |
|---|---|---|
| Total | 49,941. | 46,264. |

Form 1120, Page 4, Schedule M-1, Line 5
**Ln 5 Stmt**

| Penalties and fines | 340. |
|---|---|
| Total | 340. |

# CT-4

2008

Staple forms here

New York State Department of Taxation and Finance

## General Business Corporation Franchise Tax Return Short Form

Tax Law — Article 9-A

All filers must enter tax period:

Final return ☐    Amended return ☐    beginning ☐ 08-01-08    ending ☐ 07-31-09
*(see the instructions)*

| Employer identification number | File number | Business telephone number | |
|---|---|---|---|
| ☐ 20-1609385 | ☐ AA9 | 212-308-0618 | If you claim an overpayment, mark an *X* in the box . . . . . . |

. . . . . . . . . . . . . . . .

Legal name of corporation

SWEET N SOUR 1167 CORP.

Trade name/DBA

Mailing name *(if different from legal name above)*
c/o

State or country of incorporation
NY

*Date received (for Tax Department use only)*

Number and street or PO box

1167 2ND AVENUE

Date of incorporation
08-16-04

City                    State  ZIP code

NEW YORK                NY 10021

Foreign corporations: date began business in NYS

NAICS business code no. *(from federal return)*
☐ 445292

if address above is new, mark an *X* in box . . . . . ☐

If your name, employer identification number, address, or owner/officer information has changed, you must file Form DTF-95. If only your address has changed, you may file Form DTF-96. You can get these forms from our Web site, by fax or by phone. See *Need help?* in the instrs.

*Audit (for Tax Department use only)*

Principal business activity        RETAIL NUTS, CANDY & ICE CREAM

See Form CT-3/4-I, *Instructions for Forms CT-4, CT-3, and CT-3-ATT,* before completing this return.

**Metropolitan transportation business tax (MTA surcharge)**
During the tax year did you do business, employ capital, own or lease property, or maintain an office in the Metropolitan Commuter Transportation District (MCTD)? If *Yes,* you must file Form CT-3M/4M. The **MCTD includes** the counties of New York, Bronx, Kings, Queens, Richmond, Dutchess, Nassau, Orange, Putnam, Rockland, Suffolk, and Westchester. *(mark an X in the appropriate box)* . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes ☐    X    No ☐

Payment enclosed

**A.** Pay amount shown on line 43. Make check payable to: *New York State Corporation Tax*
◈ Attach your payment here. Detach all check stubs. *(See instructions for details.)*    ☐ **A.**    75.

**B.** Federal return filed *(you must mark an X in one)*:    **Attach a complete copy of your federal return.**

Form 1120 . . . . . ◉    X        Form 1120-H . . . . . . . . . . . . . . . . . . . . ☐        Other:    ◉

Consolidated basis . . ◉        Form 1120S . . . . . . . . . . . . . . . . . . . . . ◉

**C.** If you included a qualified subchapter S subsidiary (QSSS) in this return, mark an *X* in the box and attach Form CT-60-QSSS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**D.** Have you underreported your tax due on past returns? To correct without penalty, visit us at *www.nystax.gov.*

**E.** Did the entity have an interest in real property located in New York State during the last 3 years?
*(mark an X in the appropriate box)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes ●    No ●    X

**F.** Has there been a transfer or acquisition of controlling interest in the entity during the last 3 years?
*(mark an X in the appropriate box)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes ●    No ●    X

*(continued)*

NYCA1312   10/20/08

44601081030

SWEET N SOUR 1167 CORP.                    20-1609385

## Computation of entire net income (ENI) base *(see instructions)*

| | | | |
|---|---|---|---|
| 1 | Federal taxable income (FTI) before net operating loss (NOL) & special deductions | 1. | -29,064. |
| 2 | Interest on federal, state, municipal, and other obligations not included on line 1 *(see instrs)* | 2. | |
| 3 | Interest paid to a corporate stockholder owning more than 50% of issued and outstanding stock | 3. | |
| 4 | New York State and other state and local taxes deducted on your federal return *(see instrs)* | 4. | 88. |
| 5 | Federal depreciation from Form CT-399, if applicable *(see instructions)* | 5. | |
| 6 | Add lines 1 through 5 | 6. | -28,976. |
| 7 | New York net operating loss deduction (NOLD) *(attach federal & New York State computations)* | 7. | |
| 8 | Allowable New York State depreciation from Form CT-399, if applicable *(see instructions)* | 8. | |
| 9 | Refund or credit of certain taxes *(see instructions)* | 9. | |
| 10 | Total subtractions *(add lines 7 through 9)* | 10. | |
| 11 | ENI base *(subtract line 10 from line 6; show loss with a minus (-) sign; enter here and on line 21)* | 11. | -28,976. |
| 12 | ENI base tax *(multiply line 11 by the appropriate rate from the Tax rates schedule in the Form CT-3/4-I instructions; enter here and on line 28)* | 12. | 0. |

## Computation of capital base *(enter whole dollars for lines 13 through 18; see instructions)*

| | | A Beginning of year | B End of year | C Average value |
|---|---|---|---|---|
| 13 | Total assets from federal return | 87,360. | 79,831. | 83,596. |
| 14 | Real property and marketable securities included on line 13 | | | |
| 15 | Subtract line 14 from line 13 | 87,360. | 79,831. | 83,596. |
| 16 | Real property and marketable securities at fair market value | | | |
| 17 | Adjusted total assets *(add lines 15 and 16)* | 87,360. | 79,831. | 83,596. |
| 18 | Total liabilities | 58,703. | 80,578. | 69,641. |

| | | | |
|---|---|---|---|
| 19 | Capital base *(subtract line 18, column C, from line 17, column C)* | 19. | 13,955. |
| 20 | Capital base tax *(see instructions)* | 20. | 21. |

## Computation of minimum taxable income (MTI) base

| | | | |
|---|---|---|---|
| 21 | ENI base from line 11 | 21. | -28,976. |
| 22 | Depreciation of tangible property placed in service after 1986 *(see instructions)* | 22. | 0. |
| 23 | New York NOLD from line 7 | 23. | |
| 24 | Total *(add lines 21 through 23)* | 24. | -28,976. |
| 25 | Alternative net operating loss deduction (ANOLD) *(see instrs)* | 25. | |
| 26 | MTI base *(subtract line 25 from line 24)* | 26. | -28,976. |
| 27 | Tax on MTI base *(multiply line 26 by 1.5% (.015); see instructions)* | 27. | 0. |

NYCA1312  10/20/08

*(continued)*

44602081030

SWEET N SOUR 1167 CORP.                    20-1609385

## Computation of tax

| | | |
|---|---|---|
| 28 | Tax on ENI base from line 12 ............................................... ● 28. | 0. |
| 29 | Tax on capital base from line 20 *(see instructions)* | |
| | New small business:    First year ●    Second year ●    ........ ● 29. | 21. |
| 30 | Fixed dollar minimum tax *(See Table 7 in the Tax rates schedule in the Form CT-3/4-I instructions. You must enter an amount on line 31; see instructions)* .................... ● 30. | 75. |
| 31 | New York receipts *(see instructions)* ........................ ● 31. | 225,053. |
| 32 | Tax due *(amount from line 27, 28, 29, or 30, whichever is largest; see instructions for exception)* ............. ▣ 32. | 75. |

### First installment of estimated tax for next period:

| | | |
|---|---|---|
| 33a | If you filed a request for extension, enter amount from Form CT-5, line 2 ............... ● 33a. | |
| 33b | If you did not file Form CT-5 and line 32 is over $1,000, see instructions ............... ▣ 33b. | |
| 34 | Add line 32 and line 33a or 33b ........................................... 34. | 75. |
| 35 | Total prepayments from line 54 ........................................... ● 35. | |
| 36 | Balance *(subtract line 35 from line 34; if line 35 is more than line 34, enter 0)* ......... 36. | 75. |
| 37 | Estimated tax penalty *(see instructions; mark an X in the box if Form CT-222 is attached)* ......... ● 37. | 0. |
| 38 | Interest on late payment *(see instructions)* ........ .... .................. ● 38. | |
| 39 | Late filing and late payment penalties *(see instructions)* .............................. ● 39. | |
| 40 | Balance *(add lines 36 through 39)* ......................................... 40. | 75. |

### Voluntary gifts/contributions *(see instructions)*:

| | | |
|---|---|---|
| 41a | Amount for Return a Gift to Wildlife ........................ ▣ 41a. | |
| 41b | Amount for Breast Cancer Research and Education Fund .... ▣ 41b. | |
| 41c | Amount for Prostate Cancer Research, Detection, and Education Fund .. ...... ▣ 41c. | |
| 41d | Amount for National 9/11 Memorial ........................... ▣ 41d. | |
| 42 | Total *(add lines 34, 37, 38, 39, and 41a through 41d)* ................................ 42. | 75. |
| 43 | Balance due *(if line 35 is less than 42, subtract line 35 from line 42 and enter here. This is the amount due; enter the payment amount on line A on page 1)* ............... ▣ 43. | 75. |
| 44 | Overpayment *(if line 35 is more than line 42, subtract line 42 from line 35. This is your overpayment; enter here and see instructions)* ........................... 44. | 0. |
| | 45  Amount of overpayment to be credited to next period ...................... ▣ 45. | |
| | 46  Balance of overpayment *(subtract line 45 from line 44)* ..................... ● 46. | 0. |
| | 47  Amount of overpayment to be credited to Form CT-3M/4M .................. ● 47. | |
| | 48  Refund of overpayment *(subtract line 47 from line 46)* ...................... ▣ 48. | 0. |

## Composition of prepayments on line 35 *(see instructions)*

| | | Date paid | Amount |
|---|---|---|---|
| 49 | Mandatory first installment ..................................... 49. | 10-15-08 | 0. |
| 50a | Second installment from Form CT-400 ......................... 50a. | | |
| 50b | Third installment from Form CT-400 ........................... 50b. | | |
| 50c | Fourth installment from Form CT-400 ........................... 50c. | | |
| 51 | Payment with extension request from Form CT-5, line 5 ......... 51. | | |
| 52 | Overpayment credited from prior years ............ Period ........ 52. | | |
| 53 | Overpayment credited from Form CT-3M/4M ........ Period ........ 53. | | |
| 54 | Total prepayments *(add lines 49 through 53; enter here and on line 35)* ................................... 54. | | 0. |

*(continued)*

44603081030

SWEET N SOUR 1167 CORP.                    20-1609385

## Interest paid to shareholders

55  Did this corporation make any payments treated as interest in the computation of ENI to shareholders owning directly
    or indirectly, individually or in the aggregate, more than 50% of the corporation's issued and outstanding capital
    stock? *(mark an X in the appropriate box)* if *Yes*, complete the following and lines 56 through 59 *attach additional*
    *sheets if necessary)* ........................................................ **55.**       Yes ⊙      No ⊙
    Shareholder's name                                    SSN or EIN

56  Interest paid to shareholder ..................................... ⊙ **56.**
57  Total indebtedness to shareholder described above ..................... **57.**
58  Total interest paid ............................................... ⊙ **58.**

59  Is there written evidence of the indebtedness? *(mark an X in the appropriate box)* ....... **59.**     Yes ⊙      No ⊙

## Corporations organized outside New York State only

Capital stock issued and outstanding:                          Value
60  Number of par shares ................    $

                                                              Value
61  Number of no-par shares ..............    $

62  Total receipts entered on your federal return ............................ ⊙ **62.**          225,053.
63  Interest deducted in computing FTI *(see instructions)* ...................... ⊙ **63.**         1,897.
64  Depreciable assets and land entered on your federal return .............. ⊙ **64.**          21,044.

65  If the Internal Revenue Service (IRS) has completed an audit of any of your returns within the
    last five years, list years:

66  If you are a member of an affiliated federal group, enter primary corporation name and EIN:          EIN
    Name
    ⊙                                                                                ⊙

67  If you are more than 50% owned by another corporation, enter parent corporation name and EIN:        EIN
    Name
    ⊙                                                                                ⊙

68  Are you claiming small business taxpayer status for lower ENI tax rates? *(see* Small
    business taxpayer definition in the *Form CT-3/4-I instrs; mark an X in appropriate box)* ....  **68.**   Yes ⊙  X   No ⊙

69  If you marked *Yes* on line 68, enter total capital
    contributions *(see worksheet in instructions)* ...................................... ⊙ **69.**        78,615.

70  Are you claiming qualified New York manufacturer status for lower capital base tax
    limitation? *(see instructions; mark an X in the appropriate box)* ........................ **70.**     Yes ⊙      No   X

71  Are you claiming qualified New York manufacturer status for lower ENI tax rates? *(see instructions;*
    *mark an X in the appropriate box)* ........................................... **71.**      Yes ⊙      No   X

**Third–party**  Yes    No
**designee**   Designee's name                                    Designee's phone number
*(see instrs)*  Designee's e-mail address                                                    PIN

**Certification:** I certify that this return and any attachments are to the best of my knowledge and belief true, correct, and complete.

**Authorized**   Signature of authorized person
**person**                                            Official title   PRESIDENT
          E-mail address of authorized person                           Date
**Paid**     Firm's name *(or yours if self-employed)*
**preparer**  ACCU BUSINESS CONSULTANTS INC.
**use**                                               ID number ▮  11-3355161
**only**    Signature of individual preparing this return

Address   1270 BROADWAY SUITE 908
City      NEW YORK                    State NY  ZIP code 10001-3223  Date 10-14-09
                    E-mail address of individual preparing this return  accu@accubusiness.com
                    See instructions for where to file.

                44604081030                          NYCA1334  10/20/08

| Staple forms here |

2008    **CT-3M/4M**    New York State Department of Taxation and Finance

# General Business Corporation
# MTA Surcharge Return
Tax Law — Article 9-A, Section 209-B

**All filers must enter tax period:**

Amended return ▪

beginning ▪ 08-01-08   ending ▪ 07-31-09

*If you claim an overpayment, mark an X in the box* ▪

| Employer identification number | File number | Business telephone number |
|---|---|---|
| ▪ 20-1609385 | ▪ AA9 | 212-308-0618 |

Legal name of corporation

**SWEET N SOUR 1167 CORP.**

Trade name/DBA

Mailing name *(if different from legal name)*

c/o

State or country of incorporation

NY

Date received *(for Tax Dept use only)*

Number and street/PO box

**1167 2ND AVENUE**

Date of incorporation

08-16-04

City

**NEW YORK**

State ZIP code

NY 10021

Foreign corporations: date began business in NYS

If your name, employer identification number, address, or owner/officer information has changed, you must file Form DTF-95. If only your address has changed, you may file Form DTF-96. You can get these forms from our Web site, by fax, or by phone. See *Need help?* in the instructions.

If you do business, employ capital, own or lease property, or maintain an office in the Metropolitan Commuter Transportation District (MCTD), you must file this form. If not, you do not have to file this form. However, you must disclaim liability for the MTA surcharge on Form CT-3, CT-3-A, or CT-4. The MCTD includes the counties of New York, Bronx, Kings, Queens, Richmond, Dutchess, Nassau, Orange, Putnam, Rockland, Suffolk, and Westchester.

A   Pay amount shown on line 12. Make check payable to: *New York State Corporation Tax*

Payment enclosed

Attach your payment here. Detach all check stubs. *(See instructions for details.)* ▪ **A.**   13.

## Computation of MTA surcharge

| | | |
|---|---|---|
| 1 Net New York State franchise tax *(see Form CT-3M/4M-I, Instructions for Form CT-3M/4M)* .......... ▪ **1.** | | 75. |
| 2 MCTD allocation percentage from line 35, line 43, or line 45 ............... ▪ **2.** | 100.0000 | % |
| 3 Allocated franchise tax *(multiply line 1 by line 2)* ................ ▪ **3.** | | 75. |
| 4 MTA surcharge *(multiply line 3 by 17% (.17))* ............... ▪ **4.** | | 13. |

First installment of estimated tax for next period:

| | | |
|---|---|---|
| 5 a If you filed a request for extension, enter amount from Form CT-5, line 7, or CT-5.3, line 10 ..... ▪ **5a.** | | |
| b If you did not file Form CT-5 or CT-5.3, see instructions ...... ▪ **5b.** | | 0. |
| 6 Add lines 4 and line 5a or 5b ................ **6.** | | 13. |
| 7 Total prepayments from line 52 ................ **7.** | | 0. |
| 8 Balance *(if line 7 is less than line 6, subtract line 7 from line 6)* ................ **8.** | | 13. |
| 9 Estimated tax penalty *(see instrs; mark an X in the box if Form CT-222 is attached)* .......... ▪ **9.** | | 0. |
| 10 Interest on late payment *(see instructions for Form CT-3, CT-3-A, or CT-4)* ............ ▪ **10.** | | |
| 11 Late filing and late payment penalties *(see instructions for Form CT-3, CT-3-A, or CT-4)* ... ▪ **11.** | | |
| 12 Balance due *(add lines 8 through 11 and enter here; enter the payment amount on line A above)* .... ▪ **12.** | | 13. |
| 13 Overpayment *(if line 6 is less than line 7, subtract line 6 from line 7; enter here and see instructions)* ........... **13.** | | |
| 14 Amount of overpayment to be credited to New York State franchise tax ............... ▪ **14.** | | |
| 15 Amount of overpayment to be credited to MTA surcharge for next period ............... ▪ **15.** | | |
| 16 Amount of overpayment to be refunded ............... ▪ **16.** | | |

## Schedule A — Computation of MCTD allocation percentage
## Schedule A, Part 1 — MCTD allocation *(see instructions)*

Average value of property *(see instructions)*

|  | | A MCTD | B New York State |
|---|---|---|---|
| 17 | Real estate owned ........................ **17.** | | |
| 18 | Real estate rented ........................ **18.** | | |
| 19 | Inventories owned ........................ **19.** | | |
| 20 | Tangible personal property owned ......... **20.** | | |
| 21 | Tangible personal property rented ......... **21.** | | |
| 22 | Total *(add lines 17 through 21)* .......... ● **22.** | ● | |
| 23 MCTD property factor *(divide line 22, column A, by line 22, column B)* ........................ ● **23.** | | | % |

NYCA0912   11/07/08

*(continued)*

43901081030

SWEET N SOUR 1167 CORP.                          20-1609385

Receipts in the regular course of business from:

| | | | |
|---|---|---|---|
| 24 | Sales of tangible personal property allocated to the MCTD ........ 24. | | |
| 25 | Sales of tangible personal property allocated to New York State ..... 25. | | |
| 26 | Services performed ................................. 26. | | |
| 27 | Rentals of property ................................. 27. | | |
| 28 | Royalties .......................................... 28. | | |
| 29 | Other business receipts ............................. 29. | | |
| 30 | Total (add lines 24 through 29) ..................... ● 30. | ● | |
| 31 | MCTD receipts factor (divide line 30, column A, by line 30, column B) ........................ ● 31. | | % |
| 32 | **Payroll** – Wages and other compensation of employees except general executive officers ......... ● 32. | ● | |
| 33 | MCTD payroll factor (divide line 32, column A, by line 32, column B) ........................... ● 33. | | % |
| 34 | Total MCTD factors (add lines 23, 31, and 33) ..................................................... 34. | | % |
| 35 | MCTD allocation percentage (divide line 34 by three or by the number of factors; enter here and on line 2) ............ ● 35. | | % |

## Schedule A, Part 2 — Computation of MCTD allocation for aviation corporations (see instructions)

| | | A MCTD | B New York State |
|---|---|---|---|
| 36 | Revenue aircraft arrivals and departures ............ ● 36. | ● | |
| 37 | MCTD percentage (divide line 36, column A, by line 36, column B) | ● 37. | % |
| 38 | Revenue tons handled .............................. ● 38. | ● | |
| 39 | MCTD percentage (divide line 38, column A, by line 38, column B) | ● 39. | % |
| 40 | Originating revenue ......... .. ................ ● 40. | ● | |
| 41 | MCTD percentage (divide line 40, column A, by line 40, column B) .......... .. | ● 41. | % |
| 42 | Total (add lines 37, 39, and 41) ................................................... | 42. | % |
| 43 | MCTD allocation percentage (divide line 42 by three; enter here and on line 2) ................ ● 43. | | % |

## Schedule A, Part 3 — Computation of MCTD allocation for trucking and railroad corporations (see instructions)

| | | A MCTD | B New York State |
|---|---|---|---|
| 44 | Revenue miles ......... ... .......................... ● 44. | ● | |
| 45 | MCTD allocation percentage (divide line 44, column A, by line 44, column B; enter here and on line 2) ............... ● 45. | | % |

## Composition of prepayments claimed on line 7 (see instructions)

| | | | Date paid | Amount |
|---|---|---|---|---|
| 46 | Mandatory first installment ..................................... 46. | | 10-15-08 | 0. |
| 47a | Second installment from Form CT-400 ........................... 47a. | | | |
| 47b | Third installment from Form CT-400 ............................ 47b. | | | |
| 47c | Fourth installment from Form CT-400 ........................... 47c. | | | |
| 48 | Payment with extension request from Form CT-5, line 10, or Form CT-5.3, line 13 ................ 48. | | | |
| 49 | Overpayment credited from prior years ................................................. 49. | | | |
| 50 | Add lines 46 through 49 ................................................... 50. | | | 0. |
| 51 | Overpayment credited from Form CT-          Period          ..................... 51. | | | |
| 52 | Total prepayments (add lines 50 and 51; enter here and on line 7) .................................... 52. | | | 0. |

Third–party designee (see instrs)    Yes    No

Designee's name                                      Designee's phone number

Designee's e-mail address                                      PIN

**Certification:** I certify that this return and any attachments are to the best of my knowledge and belief true, correct, and complete.

| Authorized person | Signature of authorized person | | Official title PRESIDENT |
|---|---|---|---|
| | | | Date |
| | E-mail address of authorized person | | |

| Paid preparer use only | Firm's name (or yours if self-employed) | | |
|---|---|---|---|
| | ACCU BUSINESS CONSULTANTS INC. | ID number ● | 11-3355161 |
| | Signature of individual preparing this return | | |

Address    1270 BROADWAY SUITE 908

City    NEW YORK                State NY ZIP code 10001-3223 Date 10-14-09

E-mail address of individual preparing this return    accu@accubusiness.com

See instructions for where to file.                NYCA0912  11/07/08

43902081030

NEW YORK CITY DEPARTMENT OF FINANCE

**NYC**
**4S**
Finance

# GENERAL CORPORATION TAX RETURN

2008

For CALENDAR YEAR 2008 or FISCAL YEAR beginning  08-01  2008 and ending  07-31-2009 ●

Check box if you are filing a 52-53-week taxable year ____

Amended return ●____   Final return ●____ Check box if the corporation has ceased operations. ____

Special short period return (see instructions) ●____

● ____ Check box if a pro-forma federal return is attached

Print or Type: ● ____ Check box if you claim any 9/11/01-related federal tax benefits (see instructions)

Name

SWEET N SOUR 1167 CORP.

Address (number and street)

1167  2ND AVENUE

| City | State | Zip Code |
|------|-------|----------|
| NEW YORK | NY | 10021 |

| Business Telephone Number | Date business began in NYC | Date business ended in NYC |
|---------------------------|----------------------------|----------------------------|
| 212-308-0618 | 01-01-2005 | |

EMPLOYER IDENTIFICATION NUMBER

20-1609385

BUSINESS CODE NUMBER AS PER FEDERAL RETURN

445292

| SCHEDULE A | Computation of Tax | BEGIN WITH SCHS B - E ON PAGE 2. TRANSFER APPLICABLE AMOUNTS TO SCH A. | | Payment Enclosed |
|---|---|---|---|---|

**A  Payment** | Pay amount shown on line 15 — Make check payable to: *NYC Department of Finance* ●

| | | | | | |
|---|---|---|---|---|---|
| 1  Net income (from Schedule B, line 8) ................ ● | 1. | -28676 | x .0885 ● | 1. | 0 |
| 2a Total capital (from Schedule C, line 7) *(see instructions)* ... ● | 2a. | 13955 | x .0015 ● | 2a. | 21 |
| 2b Total capital – Cooperative Housing Corps *(see instructions)* ........ ● | 2b. | | x .0004 ● | 2b. | |
| 2c Cooperatives – enter:  ● BORO | ● BLOCK | ●LOT | | | |
| 3a Compensation of stockholders (from Schedule D, line 1) ............... ● | 3a. | 15900 | | | |
| 3b Alternative tax *(see instructions)* ........................................................ ● | | | | 3b. | |
| 4  Minimum tax – No reduction is permitted for a period of less than 12 months ............. | | | | 4. | 300 00 |
| 5  Tax (line 1, 2a, 2b, 3b or 4, whichever is largest) .............................. ● | | | | 5. | 300 |
| 6  First installment of estimated tax for period following that covered by this return: | | | | | |
|   a If application for extension has been filed, enter amount from line 2 of Form NYC-EXT ............. ● | | | | 6a. | |
|   b If application for extension has not been filed and line 5 exceeds $1,000, enter 25% of line 5 *(see instructions)* ........... ● | | | | 6b. | |
| 7  Total before prepayments (add lines 5 and 6a or 6b) .................................. ● | | | | 7. | 300 |
| 8  Prepayments (from Prepayments Schedule, line F) *(see instructions)* ..................... ● | | | | 8. | 384 |
| 9  Balance due (line 7 less line 8) ................................................. ● | | | | 9. | |
| 10 Overpayment (line 8 less line 7) ............................................... ● | | | | 10. | 84 |
| 11a Interest *(see instructions)* ........................... 11a. | | | | | |
| 11b Additional charges *(see instructions)* ................. 11b. | | | | | |
| 11c Penalty for underpayment of estimated tax *(attach Form NYC-222)* ...... ● 11c. | | 0 | | | |
| 12 Total of lines 11a, 11b and 11c ............................................... ● | | | | 12. | 0 |
| 13 Net overpayment (line 10 less line 12) ........................................ ● | | | | 13. | 84 |
| 14 Amount of line 13 to be: **(a)** Refunded .................................... ● | | | | 14a. | |
|    **(b)** Credited to 2009 estimated tax ............................ ● | | | | 14b. | 84 |
| 15 **TOTAL REMITTANCE DUE** *(see instructions)* Enter payment amount on line A above ............... ● | | | | 15. | |
| 16 NYC rent deducted on federal return (see instr.) THIS LINE MUST BE COMPLETED ...... ● | 16. | 95664 | | | |
| 17 Federal return filed:  ● X 1120   ● ___ 1120C   ● ___1120S   ● ___ 1120F   ● ___1120H | | | | | |
| 18 Gross receipts or sales from federal return ................................................ ● | | | | 18. | 224331 |
| 19 Total assets from federal return .................................................... ● | | | | 19. | 79831 |

## CERTIFICATION OF AN ELECTED OFFICER OF THE CORPORATION

I hereby certify that this return, including any accompanying rider, is, to the best of my knowledge & belief, true, correct & complete.
I authorize the Department of Finance to discuss this return with the preparer listed below. (see instructions) .............. YES ___

| SIGN HERE: | Signature of officer | Title  PRESIDENT | Date | Preparer's SSN or PTIN |
|---|---|---|---|---|
| | | | | ● P00380474 |
| **PREPARER'S USE →** ONLY | Preparer's signature | Preparer's printed name | Check ✓ if self-employed ___ Date  10-14-09 | Firm's Employer ID No. |
| | ACCU BUSINESS CONSULTANTS INC. | | | ● 11-3355161 |
| | 1270 BROADWAY SUITE 908 | | | |
| | NEW YORK | | NY  10001-3223 | |
| | ▲ Firm's name (or yours, if self-employed) | ▲ Address | ▲ ZIP Code | |

Attach copy of all pages of your federal tax return or pro forma federal return.

Make remittance payable to the order of NYC DEPARTMENT OF FINANCE. Payment must be made in U.S. dollars, drawn on a U.S. bank.

To receive proper credit, you must enter your correct Employer Identification Number on your tax return and remittance.

30410816

ATTACH REMITTANCE TO THIS PAGE ONLY

YCCA2012   12/16/08

Form NYC-4S 2008

## SCHEDULE B | Computation of NYC Taxable Net Income

| | | | |
|---|---|---|---|
| 1 | Federal taxable income before net operating loss deduction and special deductions *(see instructions)* ................ ● | 1. | -29064 |
| 2 | Interest on federal, state, municipal and other obligations not included in line 1 ........................ ● | 2. | |
| 3a | NYS Franchise Tax and other income taxes, including MTA surcharge, deducted on federal return *(see instructions)* ............ ● | 3a. | 88 |
| 3b | NYC General Corporation Tax deducted on federal return *(see instructions)* ............................ ● | 3b. | 300 |
| 4 | ACRS depreciation and/or adjustment *(attach Form NYC-399 or NYC-399Z) (see instructions)* .......... ● | 4. | |
| 5 | Total (sum of lines 1 through 4) ...................................................... ● | 5. | -28676 |

| | | | |
|---|---|---|---|
| 6a | New York City net operating loss deduction *(see instructions)* ............... ● | 6a. | |
| 6b | Depreciation and/or adjustment calculated under pre-ACRS or pre-9/11/01 rules *(attach Form NYC-399 and/or NYC-399Z) (see instructions)* .......... ● | 6b. | |
| 6c | NYC and NYS tax refunds included in Schedule B, line 1 *(see instructions)* ...................................................... ● | 6c. | |

S CORPORATIONS see instructions for line 1

| | | | |
|---|---|---|---|
| 7 | Total (sum of lines 6a through 6c) ...................................................... ● | 7. | |
| 8 | Taxable net income (line 5 less line 7) (enter on page 1, Schedule A, line 1) *(see instructions)* .......... ● | 8. | -28676 |

## SCHEDULE C | Total Capital

Basis used to determine average value in column C. *Check one. (Attach detailed schedule)*

X — Annually    — Semi-annually    — Quarterly
— Monthly    — Weekly    — Daily

| | | | COLUMN A Beginning of Year | COLUMN B End of Year | COLUMN C Average Value |
|---|---|---|---|---|---|
| 1 | Total assets from federal return ................ ● | 1. | 87360 | 79831 | 83596 |
| 2 | Real property and marketable securities included in line 1 .... ● | 2. | | | |
| 3 | Subtract line 2 from line 1 ...................... ● | 3. | | | 83596 |
| 4 | Real property and marketable securities at fair market value . ● | 4. | | | |
| 5 | Adjusted total assets (add lines 3 and 4) ..... .. ● | 5. | | | 83596 |
| 6 | Total liabilities *(see instructions)* ..... .......... ● | 6. | 58703 | 80578 | 69641 |
| 7 | Total capital (column C, line 5 less column C, line 6) (enter on page 1, Schedule A, line 2a or 2b) *(see instructions)* .... ........ ● | 7. | | | 13955 |

## SCHEDULE D | Certain Stockholders

Include all stockholders owning in excess of 5% of taxpayer's issued capital stock who received any compensation, including commissions.

| Name and Address Give actual residence **(Attach rider if necessary)** | Social Security Number | Official Title | Salary and All Other Compensation Received from Corporation (if none, enter 'O') |
|---|---|---|---|
| ABDUL RASHID | 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 | PRESIDENT | 15900 |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 1 | Total, including any amount on rider (enter on page 1, Schedule A, line 3a) ........................ ● | 1. | 15900 |

## SCHEDULE E | The following information must be entered for this return to be complete.

1 New York City principal business activity    RETAIL NUTS & CANDY

2 Does the corporation have an interest in real property located in New York City? (see instructions) ............... ● YES ___ NO X

    3 If 'YES':  a Attach a schedule of such property, including street address, borough, block and lot number.

        b Was a controlling economic interest in this corporation *(i.e. 50% or more of stock ownership)* transferred during the tax year? ................................... ● YES ___ NO X

4 Does the corporation have one or more qualified subchapter s subsidiaries (QSSS)? ............. ● YES ___ NO X

    If 'YES' Attach a schedule showing the name, address and EIN, if any, of each QSSS and indicate whether the QSSS filed or was required to file a City business income tax return. See instructions.

### COMPOSITION OF PREPAYMENTS SCHEDULE

| PREPAYMENTS CLAIMED ON SCHEDULE A, LINE 8 | | DATE | AMOUNT |
|---|---|---|---|
| A | Mandatory first installment paid with preceding year's tax .................. | | 0 |
| B | Payment with Declaration, Form NYC-400 (1) ............................ | | |
| C | Payment with Notice of Estimated Tax Due, (2) ............................ | | |
| | Payment with Notice of Estimated Tax Due (3) ............................ | | |
| D | Payment with extension, Form NYC-EXT ............................ | | |
| E | Overpayment from preceding year credited to this year ..................... | | 384 |
| F | **TOTAL** of A, B, C , D, E (enter on Schedule A, line 8) ..................... | | 384 |

| MAILING INSTRUCTIONS | RETURNS WITH REMITTANCES NYC DEPARTMENT OF FINANCE GENERAL CORPORATION TAX PO BOX 5040 KINGSTON, NY 12402-5040 | RETURNS CLAIMING REFUNDS NYC DEPARTMENT OF FINANCE GENERAL CORPORATION TAX PO BOX 5050 KINGSTON, NY 12402-5050 | ALL OTHER RETURNS NYC DEPARTMENT OF FINANCE GENERAL CORPORATION TAX PO BOX 5060 KINGSTON, NY 12402-5060 |
|---|---|---|---|

The due date for the calendar year 2008 return is on or before March 16, 2009.
For fiscal years beginning in 2008, File on the 15th day of the third month after the close of fiscal year.

30420816                    YCCA2012  12/16/08                    Form NYC-4S  2008